**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6679**

─────────────

In Re: KEITH DESMOND WRIGHT,

Petitioner.

─────────────

On Petition for Writ of Mandamus.
(CA-98-355-3-OV, CR-94-95-6-3-V)

─────────────

Submitted: June 21, 2001         Decided: July 5, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Keith Desmond Wright, Petitioner pro se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Desmond Wright filed a petition for a writ of mandamus seeking an order compelling the district court to review his motion to dismiss on the merits or to release him from federal custody immediately. We deny the petition.

A writ of mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976) (writ of mandamus). Relief under this writ is only available when there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and it may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." See Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980).

Wright has not made such a showing. Accordingly, we deny his petition for a writ of mandamus. Wright's motion to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2